

**Erika H. Rosenblum, Esq.**

Email: ERosenblum@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

January 29, 2021

**VIA ECF**
District Judge John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
Application granted. Time to respond to the
complaint is extended to April 1, 2021, and
the initial conference is adjourned to a date
to be determined. SO ORDERED.

New York, New York  /s/ John G. Koeltl
January 29, 2021    John G. Koeltl, U.S.D.J.
```

Re: **Evelina Calcano v. Group III International, Inc.**
    **Index No.: 20-cv-09728 (JGK)**

Dear Judge Koeltl:

This firm represents the defendant, Group III International, Inc. ("Defendant"), in the above-referenced matter.

I write, with the consent of Plaintiff's counsel, to respectfully request an extension of time for Defendant to file a response to Plaintiff's Complaint and an adjournment of the initial conference. The deadline for Defendant to respond to the Complaint is February 1, 2021. As this firm needs additional time to investigate the allegations in the Complaint, Defendant seeks an extension until April 1, 2021 to answer, move against, or otherwise respond to Plaintiff's Complaint. Additionally, we respectfully request an adjournment of the initial conference that is currently scheduled for February 22, 2021 to a date after Defendant's response is due.

This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Erika H. Rosenblum

Cc:   All Counsel of Record (*via* ECF)

4813-6232-3930, v. 1